IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMANDA CORZINE, f/k/a AMANDA WALLACE, ) ) ) Plaintiff, ) ) vs. ) ) EJL ENTERPRISES, INC., ) ) Defendant. ) | Case No. 08-cv-0519-MJR |

## ORDER

**REAGAN, District Judge:**

On July 21, 2008, Plaintiff Wallace filed the above-captioned action under the Consolidated Omnibus Budget Reconciliation Act (COBRA) against Lindy Lysell, John Lysell, and Emily Lysell, doing business as State Beauty Supply (Doc. 2). On September 26, 2008, Plaintiff Wallace filed a "Stipulation to Substitute Proper Party Defendant" (Doc. 12). As no Defendants had filed a responsive pleading, however, Plaintiff filed an amended complaint (Doc. 18) pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 15(a)(1)(A)**. At that time, Plaintiff clarified that her last name had changed from "Wallace" to "Corzine." Additionally, the amended complaint named only EJL Enterprises, Inc. as a Defendant to this action.

On December 16, 2008, Plaintiff Corzine filed a motion to dismiss her original complaint as against Defendants Lindy Lysell, John Lysell, and Emily Lysell, doing business as State Beauty Supply. The Court hereby **GRANTS** the motion to dismiss pursuant to Rule 41 (Doc. 20). Defendants Lindy Lysell, John Lysell, and Emily Lysell, doing business as State Beauty Supply are **terminated**.

IT IS SO ORDERED.

DATED this <u>22nd</u> day of December 2008.

s/Michael J. Reagan
**MICHAEL J. REAGAN
United States District Judge**

-1-