# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **AMANDA CORZINE, F/K/A** | ) | |
| **AMANDA WALLACE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 3:08-CV-00519-PMF** |
| | ) | |
| **EJL ENTERPRISES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** The Court having rendered its decision granting summary judgment in favor of defendant, EJL Enterprises, Inc.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered in favor of defendant EJL Enterprises, Inc. and against plaintiff Amanda Corzine f/k/a Amanda Wallace. Plaintiff shall take nothing from this action.

**DATED: February 3, 2010.**

NANCY J. ROSENSTENGEL
CLERK OF THE COURT

By: s/Karen R. Metheney
         Deputy Clerk

**APPROVED:**

*s/ Philip M. Frazier*
HON. PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE